IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TALBOT BARNARD, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| VERIZON | : | |
| COMMUNICATIONS, Inc., *et al.*, | : | |
| Defendants. | : | No. 10-1304 |

# **O R D E R**

**AND NOW**, this 31st day of January, 2011, upon consideration of the Motions to Dismiss filed by Defendants J.P. Morgan Chase Bank (Docket No. 21) and Verizon Communications, Inc. (Docket No. 23), it is hereby **ORDERED** that the Motions are **GRANTED** in their entirety, and that each of the counts in the Second Amended Complaint is **DISMISSED** *with prejudice*.

In light of this ruling, it is further **ORDERED** that Plaintiffs' Motion for Summary Judgment (Docket No. 43), Amended Motion for Summary Judgment (Docket No. 45), and "Motion to Dismiss" (response to the Defendants' Motions) (Docket No. 49) are **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE