UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 11-1318

TALBOT BARNARD; DONALD B. BIGGERSTAFF; SUSAN BIGGERSTAFF;
DAVID BOON; GREG BOSER; DEB BOSER; THOMAS BOVET, COL.; MARK
HENDRYCH; ZHENGXU HE FANG; YING FANG; BIN LEE; THOMAS E.
MARTIN; MIDDLEBAR MONASTERY, NON-PROFIT; JERSEY NIETUBYC;
KATHERINE PERINO; BRIAN D. SPENCER; STEPHEN S. SPENCER; CHARLES J.
TURK, KNOWN COLLECTIVELY AS "THE SPENCER COMMITTEE",
Appellants,

v.

VERIZON COMMUNICATIONS, INC; J.P. MORGAN CHASE BANK, N.A.,
INDIVIDUALLY AND AS AGENT,
Appellees.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 10-cv-1304) – *file*
District Judge: Hon. Gene E.K. Pratter

Submitted Under Third Circuit LAR 34.1(a)
November 9, 2011

Before: SCIRICA, SMITH, and JORDAN, *Circuit Judges*.

JUDGMENT

This cause came on to be considered on the record from the United States District
Court for the Eastern District of Pennsylvania and was submitted pursuant to Third
Circuit LAR 34.1(a) on November 9, 2011. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that January 31, 2011 order of the District Court be, and the same is hereby, AFFIRMED, all of the above in accordance with the opinion of this Court. Appellants to bear the costs of the appeal.

ATTEST:

Marcia M. Waldron, Clerk

Date: November 14, 2011

Certified as a true copy and issued in lieu of a formal mandate on  December 27, 2011

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**